IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | |
| RAMON GARCIA, | ORDER |
| Defendant. | |

The defendant's motion to proceed on appeal in forma pauperis (filing 180) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.[1]

Dated this 27th day of February, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The motion was docketed as a motion "to Appoint Counsel and to Proceed in Forma Pauperis," but does not actually contain a request to appoint counsel. To the extent the motion was intended as a request to appoint counsel, it is denied without prejudice to reassertion of such a motion to the Court of Appeals for the Eighth Circuit.