## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | |
| RAMON GARCIA, | ORDER |
| Defendant. | |

The defendant has filed a motion to reduce sentence (filing 446) seeking relief under U.S.S.G. Amend. 782. The defendant's motion will be held in abeyance pursuant to General Order No. 2014-09, awaiting the completion of a retroactive sentencing worksheet by the United States Probation Office. The Court understands that the defendant is, no doubt, anxious to learn whether his sentence will be reduced, and by how many months. But General Order No. 2014-09 was entered in no less than 605 different cases in Nebraska, so some patience may be required.

IT IS ORDERED:

1.      The defendant's motion to reduce sentence (filing 446) will be held in abeyance.

2.      The Clerk of the Court shall give notice of the entry of this order to the defendant, the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

Dated this 26th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge