IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RAMON GARCIA,<br><br>      Defendant. | 4:13-CR-3130<br><br>ORDER |

  This matter is before the Court on the defendant's "Motion to Remove Restriction from Sentencing Transcripts in Order for Defendant to Perfect His Title 28 U.S.C. §2255" (filing 456).

  In response to the Court's order of January 19, 2016 (filing 485), the government has filed a redacted version of the defendant's sentencing transcript (filing 501-1), which removes information identifying the witnesses who cooperated against the defendant. The redacted transcript is not restricted, and is available to the defendant.

  The Court finds that because the redacted transcript (filing 501-1) is available to the defendant, there is no need to provide the defendant with the restricted transcript (filing 208). So, the Court will deny the defendant's motion (filing 456) to remove the restriction from filing 208. But the defendant may ask the clerk's office for a copy of filing 501-1. The defendant is advised that pursuant to NEGenR 1.2(f) and the fee schedule set by the Administrative Office of the United States Courts, the charge for reproducing any record or paper is 50¢ per page. Filing 501-1 is 227 pages long, so the clerk's office will require prepayment of $113.50.

  IT IS ORDERED:

1. The defendant's "Motion to Remove Restriction from Sentencing Transcripts in Order for Defendant to Perfect His Title 28 U.S.C. §2255" (filing 456) is denied.

2. The defendant may obtain the redacted sentencing transcript (filing 501-1) by requesting a copy from the Clerk of the Court, including prepayment of the necessary fee, as set forth above.

3.   The Clerk of the Court shall send a copy of this order to the defendant at his last known address.

Dated this 19th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge