IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>RAMON GARCIA,<br><br>                 Defendant. | 4:13-CR-3130<br><br>ORDER |

      For the reasons stated in the Court's Memorandum and Order of October 31, 2016 (filing 541), the defendant's request for a certificate of appealability (filing 565) is denied.

      Dated this 4th day of January, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge