IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | ORDER |
| RAMON GARCIA, | |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of October 31, 2016 (filing 541), the defendant's request for a certificate of appealability (filing 565) is denied.

Dated this 4th day of January, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge